IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

WILLIAM GEOFFERY DOBBINS,        )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )         2:09cv174-MHT
                                 )              (WO)
MICHAEL SMITH, et al.,           )
                                 )
    Defendants.                  )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff William Geoffery Dobbins, a former state inmate, filed this lawsuit challenging the constitutionality of actions taken against him by defendants Michael Smith, Robert Bryant, and J. C. Giles.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendants' motions for summary judgment should be granted in all respects, except as to Dobbins's excessive-force claim against Smith and Bryant in their individual capacities, which, according to the magistrate judge, should go to trial.  There are no

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order will be entered.

DONE, this the 20th day of June, 2011.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE