IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILLIAM GEOFFERY DOBBINS,    )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                       )         2:09cv174-MHT
                             )              (WO)
MICHAEL SMITH, et al.,       )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 87) is adopted.

(2) Defendants Michael Smith, Robert Bryant, and J. C. Giles's motions for summary judgment (doc. nos. 31 & 85) are granted except as to plaintiff Dobbins's excessive-force claim against defendants Smith and Bryant in their individual capacities.

(3) Judgment is entered in favor of defendants Smith, Bryant, and Giles and against plaintiff Dobbins, except as to plaintiff Dobbins's excessive-force claim against defendants Smith and Bryant in their individual capacities, with plaintiff Dobbins taking nothing by his complaint except as to his excessive-force claim against defendants Smith and Bryant in their individual capacities.

(4) Plaintiff Dobbins's excessive-force claim against defendants Smith and Bryant in their individual capacities shall go to trial.

This case is terminated as to defendant J.C. Giles.

DONE, this the 20th day of June, 2011.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE