```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


WILLIAM GEOFFERY DOBBINS,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:09cv174-MHT
                             )            (WO)
MICHAEL SMITH and            )
ROBERT BRYANT,               )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the jury selection and trial of this cause are set for August 22, 2011, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

It is further ORDERED that United States Magistrate Judge Susan Russ Walker shall take care of subpoenaing any witnesses on behalf of plaintiff William Geoffery

**Dobbins, including entering any appropriate orders regarding such matters.**

**DONE, this the 20th day of June, 2011.**

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**