IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

WILLIAM GEOFFERY DOBBINS,  )
                           )
    Plaintiff,             )
                           )        CIVIL ACTION NO.
    v.                     )        2:09cv174-MHT
                           )            (WO)
MICHAEL SMITH and          )
ROBERT BRYANT,             )
                           )
    Defendants.            )

## JUDGMENT

After reading a transcript of the proceedings held before the magistrate judge on this day and by agreement of all parties, it is the ORDER, JUDGMENT, and DECREE, of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of October, 2011.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE